UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAN NGUYEN,

    Plaintiff,

  v.

MARGARET P. CHOW, et al.,

    Defendants.

Case No. 14-cv-01444-VC

**ORDER DENYING MOTION TO STRIKE BUT GRANTING PLAINTIFF PERMISSION TO FILE SUR-REPLY**

Re: Dkt. No. 38

In their reply brief Defendants Chow and MCC raised for the first time the argument that Plaintiff Dan Nguyen's RICO claim should fail because defendant's alleged activity was of an ad-hoc nature, rather than the required continuous pattern of racketeering activity. Because the RICO claim is the only federal cause of action advanced by Nguyen, the court grants Nguyen permission to file a sur-reply to address this issue.

The court also grants Nguyen permission, in his sur-reply, to address the additional points of authorities raised by defendants with regards to the stalking claim.

Nguyen has seven days from the date of this order to file his sur-reply. The hearing scheduled for July 24, 2014 on Chow and MCC's motion to dismiss, and on Defendant Loi's motion to quash, is VACATED.

**IT IS SO ORDERED.**

Dated: July 15, 2014

VINCE CHHABRIA
United States District Judge