UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAN NGUYEN,

    Plaintiff,

  v.

MARGARET P. CHOW, et al.,

    Defendants.

Case No. 14-cv-01444-VC

**ORDER DENYING MOTION TO QUASH**

Re: Dkt. No. 32

The Court finds that the evidence demonstrates that Tom Loi has been served. Loi's motion to quash service is denied (Docket No. 32), and Loi's request for sanctions against plaintiff and his counsel is denied (Docket No. 64).

Because Defendants Chow and MCC's motion to dismiss was granted with leave to amend (Docket No. 63), Loi does not need to respond to the original complaint; he need only respond if he is served with an Amended Complaint.

**IT IS SO ORDERED**.

Dated: September 26, 2014

_____
VINCE CHHABRIA
United States District Judge