AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern District__ District of __California__

Dan Nguyen

Plaintiff(s),

V.

Margaret P. Chow, MCC Investments, Inc., et. al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 14-01444 VC

Notice is hereby given that, subject to approval by the court, __Dan Nguyen__ (Party(s) Name) substitutes __Stephen Chiari__ (Name of New Attorney), State Bar No. __221410__ as counsel of record in place of __Joshua A. Ridless__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Sacks, Ricketts & Case, LLP
Address: 177 Post Street Suite 650, San Francisco, CA 94108
Telephone: (415) 549-0580   Facsimile:
E-Mail (Optional): schiari@sacksrickettscase.com

I consent to the above substitution.
Date: 9/18/2014

Dan Nguyen
(Signature of Party(s))

I consent to being substituted.
Date: 9/18/2014

Joshua A. Ridless
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 9/18/2014

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: September 30, 2014

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]